IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00633-WYD-MEH

JEFFREY F. LEE,

     Plaintiff,

v.

THE SPECTRANETICS CORPORATION, a foreign corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2012.**

     Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [filed July 18, 2012; docket #15] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.