IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00633-WYD-MEH

JEFFREY F. LEE,

     Plaintiff,

v.

THE SPECTRANETICS CORPORATION, a foreign corporation,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiff's <u>Unopposed</u> Motion to Restrict Access filed February 26, 2013 (ECF No. 31) is **GRANTED**.  Exhibits E and J to Plaintiff's Response to Defendant's Motion for Summary Judgment shall be restricted at Level 1.

     Dated:  February 27, 2013.