IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00633-WYD-MEH

JEFFREY F. LEE,

    Plaintiff,

v.

THE SPECTRANETICS CORPORATION, a foreign corporation,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Summary Judgment, filed on September 27, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Defendant, The Spectranetics Corporation, and against Plaintiff, Jeffrey F. Lee, on Defendant's Motion for Summary Judgment.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED at Denver, Colorado this 27th day of September, 2013.

> FOR THE COURT:
>
> JEFFREY P. COLWELL, CLERK
>
> s/ Robert R. Keech
> Robert R. Keech,
> Deputy Clerk